IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES GOLBERT, Acting Cook County Public Guardian, on behalf of Class Representatives Stephen W., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 18 C 8176 Hon. John Z. Lee |
| v. | ) ) | Judge Presiding |
| BEVERLY J. WALKER, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Arthur Loevy
      Jon Loevy
      Michael Kanovitz
      Russell Ainsworth
      Julie Goodwin
      Adair Crosley
      Loevy & Loevy
      311 N. Aberdeen
      3rd Floor
      Chicago, IL 60607

      PLEASE TAKE NOTICE that the undersigned will bring the attached **Unopposed Motion for Extension of Time to Answer or Otherwise Plead f**or hearing before the Honorable John Z. Lee or whomever may be sitting in his stead at the U.S. Courthouse, Courtroom 1225, 219 S. Dearborn Street, Chicago, Illinois, on the 10th day of January 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard.

| | |
|---|---|
| BARBARA L. GREENSPAN | LISA MADIGAN |
| Assistant Attorney General | Illinois Attorney General |
| 100 W. Randolph, Suite 11-200 | |
| Chicago, IL 60601 | By: s/Barbara L. Greenspan |
| 312/814-7087 | BARBARA L. GREENSPAN |
| | Assistant Attorney General |