IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES GOLBERT, et al., on behalf of themselves and a class of others similarly situated, | ) ) ) | |
| | ) | Case No: 18 C 8176 |
| | ) | |
| Plaintiffs, | ) | Hon. Jeffrey I. Cummings |
| | ) | Judge Presiding |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| BEVERLY J. WALKER, et al., | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiffs and Defendants, by their respective undersigned counsel, respectfully submit the following status report regarding progress of discovery for purposes of class certification briefing, pursuant to the Court's June 14, 2024, order and in advance of the upcoming August 15, 2024 status hearing. (Dkt. 303).

1. The parties are engaged in expert discovery for purposes of class certification. Plaintiffs are to disclose their expert and provide their expert's report by August 6, 2024; deposition of Plaintiffs' expert to be taken by September 20, 2024; Defendants to disclose their expert and expert report by November 19, 2024; and the deposition of Defendants' expert to be taken by January 3, 2025. (Doc. 303).

2. On August 7, 2024, Plaintiffs disclosed their expert and provided the expert's report to the Defendants. The parties agreed to extend the expert discovery schedule by one day.

Dated: August 12, 2024

Respectfully submitted,

/s/ Barbara L. Greenspan
*Attorney for Defendants*

Barbara L. Greenspan
Thomas J. Verticchio
Vjolca Saliu
Assistant Attorneys General
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 858-0412

1

/s/ Russell Ainsworth
*Attorney for Plaintiffs*

Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Theresa Kleinhaus
Lauren Carbajal
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

# CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that a copy of the attached **Joint Status Report** was served upon counsel of record by electronic filing this 12th day of August 2024.

s/Barbara L. Greenspan  
Attorney