# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## GENERAL ORDER 24-0028

Daniel P. McLaughlin has entered on duty as a Magistrate Judge for the Northern District of Illinois, with a duty station in Chicago, Illinois, effective September 30, 2024; and

Internal Operating Procedure 17 provides for the creation of an initial calendar for a newly appointed magistrate judge; therefore

It is hereby ordered that on October 1, 2024, the attached list of civil consent cases and civil referrals are hereby reassigned to form the initial calendar of the Honorable Daniel P. McLaughlin; and

It is furthered ordered that on October 1, 2024, the Clerk of Court is to add Magistrate Judge McLaughlin to the case assignment system so that he receives a full share of new case assignments; and

It is furthered ordered pursuant to Local Rule 72.1 that Magistrate Judge McLaughlin is to become the designated magistrate judge in any pending civil or criminal cases where Magistrate Judge Sunil R. Harjani was the designated magistrate judge and future judicial action is necessary; and

It is further ordered pursuant to Local Rule 73.1(e), the attached list of civil cases where the parties previously consented to proceed before the magistrate judge, pursuant to Local Rule 72.1, the parties may object within 21 days of reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending; and

It is further ordered that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new magistrate judge for twelve months from the date of this Order; and

It is further ordered that, unless otherwise ordered by Magistrate Judge McLaughlin, all hearing dates, deadlines, and schedules set by the magistrate judges in the attached list of cases are to remain in effect.

ENTER:
FOR THE EXECUTIVE COMMITTEE

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 30th day of September, 2024

## Civil Consent Cases Reassigned from Magistrate Judge Appenteng

| | |
|---|---|
| 1:22-cv-06966 | Moore v. Cajun Style Fast Food, Inc. |
| 1:24-cv-02284 | Maglio v. O'Malley |
| 1:24-cv-03249 | Santiago v. O'Malley |
| 1:24-cv-04689 | Crowder v. Commissioner of Social Security |
| 1:24-cv-05157 | Scanlon v. O'Malley |

## Civil Consent Cases Reassigned from Magistrate Judge Cole

| | |
|---|---|
| 1:22-cv-06073 | Balcazar v. Menard, Inc. |
| 1:23-cv-05466 | Westbrooks v. Brasky |
| 1:23-cv-16628 | Shadden v. Kim |
| 1:24-cv-03441 | Billing v. O'Malley |
| 1:24-cv-05831 | Atkins v. O'Malley |

## Civil Consent Cases Reassigned from Magistrate Judge Finnegan

| | |
|---|---|
| 1:22-cv-00711 | Damian v. O'Malley |
| 1:22-cv-03536 | Cotto Rodriguez v. O'Malley |
| 1:22-cv-05910 | Scalafini v. O'Malley |
| 1:23-cv-02852 | Longo v. O'Malley |
| 1:24-cv-04865 | Wiley v. O'Malley |

## Civil Consent Cases Reassigned from Magistrate Judge Fuentes

| | |
|---|---|
| 1:21-cv-06543 | Talisman Casualty Insurance Company, LLC v. Jenkins Environmental, Inc. |
| 1:22-cv-06459 | Jackson v. O'Malley |
| 1:23-cv-01726 | McCormick v. O'Malley |
| 1:23-cv-01808 | Nana's Kitchen Inc. v. Keto Factory LLC |
| 1:23-cv-15853 | Scott Johnson Specialty Services, LLC v. Komatsu Financial Limited Partnership |

## Civil Consent Cases Reassigned from Magistrate Judge Gilbert

| | |
|---|---|
| 1:22-cv-03151 | Gayden v. O'Malley |
| 1:23-cv-01965 | Fairbanks v. O'Malley |
| 1:23-cv-16408 | Henderson v. Roundy's Illinois LLC |
| 1:24-cv-04107 | Hernandez v. Commissioner of Social Security |
| 1:24-cv-07735 | Hoti v. O'Malley |

## Civil Consent Cases Reassigned from Magistrate Judge Holleb Hotaling

| | |
|---|---|
| 1:22-cv-02463 | Alvarez v. Palatine Police Department |
| 1:23-cv-14365 | Mercado v. O'Malley |
| 1:24-cv-00485 | Roberts v. Pacific Rail Services |
| 1:24-cv-05324 | Plump v. Commissioner of Social Security |
| 1:24-cv-07123 | Andrews v. O'Malley |

## Civil Consent Cases Reassigned from Magistrate Judge Jantz

| | |
|---|---|
| 1:23-cv-00166 | Bouzeanes v. Kijakazi |
| 1:23-cv-02786 | Villalobos v. O'Malley |
| 1:23-cv-03910 | Driver v. O'Malley |
| 1:23-cv-15605 | Coco's Famous Fried Lobster, LLC v. Worldpay, LLC |

1:24-cv-02890   Moore v. O'Malley

### Civil Consent Cases Reassigned from Magistrate Judge Kim

1:22-cv-00821   Cantu v. O'Malley
1:22-cv-02690   McCoy v. MAYORKAS
1:22-cv-06307   Hoeltzer v. O'Malley
1:23-cv-15475   Madey v. O'Malley
1:24-cv-05081   Tawr v. O'Malley

### Civil Consent Cases Reassigned from Magistrate Judge McShain

1:21-cv-06464   Thompson v. O'Malley
1:22-cv-03941   Bodemuller v. O'Malley
1:23-cv-02504   Bronfeld v. O'Malley
1:24-cv-00222   Smith v. O'Malley
1:24-cv-07819   Rusetos v. O'Malley

### Civil Consent Cases Reassigned from Magistrate Judge Valdez

1:23-cv-00809   Sanders v. Bobzin
1:24-cv-01766   Suggs v. O'Malley
1:24-cv-03117   Naponiello v. O'Malley
1:24-cv-04605   Young v. O'Malley
1:24-cv-06490   Wills v. O'Malley

### Civil Consent Cases Reassigned from Magistrate Judge Weisman

1:21-cv-01665   Switchboard Apparatus, Inc. v. Wolfram
1:23-cv-03803   Jenkins v. Gruber
1:24-cv-02116   Taylor v. Amazon.com Services, LLC
1:24-cv-04395   Raine v. O'Malley
1:24-cv-06734   Sacks v. O'Malley

### Civil Referral Cases Reassigned from Magistrate Judge Appenteng

1:22-cv-02937   Bruno v. American Textile Company, Incorporated
1:23-cv-01738   Lugo v. Guevara
1:23-cv-02031   Saric v. Dart
1:23-cv-03679   Landwer v. Cabral
1:23-cv-05689   Q.J. v. PowerSchool Holdings LLC
1:23-cv-14633   Krzystof-McNamara v. Walmart, Inc.
1:23-cv-16961   Bisono v. Trans Union, LLC
1:24-cv-01931   Harvey v. Experian Information Solutions, Inc.
1:24-cv-02221   McKillion v. Home Depot U.S.A., Inc.
1:24-cv-03825   Rinehart v. USKO Express, Inc.
1:24-cv-03693   Buzo v. New City Service Provider, LLC

### Civil Referral Cases Reassigned from Magistrate Judge Cole

1:18-cv-06494   United States of America ex rel. Gill, et al v. CVS Health Corp., et al
1:20-cv-02753   LKQ Corporation v. General Motors Company
1:20-cv-05948   Hampton v. Mendrick
1:22-cv-01986   Baldwin v. The City of Chicago

| | |
|---|---|
| 1:23-cv-00378 | Johnson v. Municipality of Cook County, The |
| 1:23-cv-05264 | Frey v. United States of America |
| 1:23-cv-15232 | Embrey v. St. Charles Trading, Inc |
| 1:23-cv-16978 | Milenium, Inc. v. JRP Utility Construction Inc. |
| 1:24-cv-02412 | Squires v. Grundy County et al |
| 1:24-cv-03840 | Prachasitthisak v. Cushing Transportation, Inc. |
| 1:24-cv-04805 | Evans v. United Parcel Service Inc |

## Civil Referral Cases Reassigned from Magistrate Judge Finnegan

| | |
|---|---|
| 1:18-cv-03314 | Gunn v. CNA Financial Corp. |
| 1:20-cv-05127 | Sieving v. Continental Casualty Company |
| 1:21-cv-02349 | Brown et al v. Continental Casualty Company |
| 1:21-cv-04010 | Cheslow v. Continental Casualty Company |
| 1:23-cv-01477 | Boaden et al v. Continental Casualty Company |
| 1:18-cv-04888 | A.F. Moore & Associates, Inc. v. Pappas |
| 1:19-cv-02564 | Montano v. Obaisi |
| 1:20-cv-00073 | Williams v. Board of Education, City of Chicago |
| 1:20-cv-01853 | BCBSM, Inc. v. Walgreen Co. |
| 1:22-cv-02698 | Hundley v. Board of Trustees of the University of Illinois |
| 1:22-cv-05043 | Medina v. Liakopoulos |
| 1:22-cv-06936 | Adams v. United States of America |
| 1:23-cv-03029 | Gamble v. City View Multicare Center, LLC |
| 1:23-cv-14433 | Staggers v. Menard, Inc. |
| 1:24-cv-06853 | Mitchell v. Boys and Girls Club of Dundee Township |

## Civil Referral Cases Reassigned from Magistrate Judge Fuentes

| | |
|---|---|
| 1:19-cv-05991 | Sypolt v. The Illinois Gaming Board |
| 1:21-cv-02755 | Wolfgram v. Miller |
| 1:21-cv-06277 | Gibbs v. ABT Electronics, Inc. |
| 1:22-cv-03283 | Brodsky v. Stracher |
| 1:22-cv-07080 | Tobin v. McLeod |
| 1:22-cv-07361 | Adams v. McDonough |
| 1:23-cv-02742 | Mercado v. Walmart Inc. |
| 1:23-cv-05084 | Semans v. Allstate Corporation, The |
| 1:23-cv-05945 | Williams v. Tessmann |
| 1:24-cv-00164 | Robinson v. HP Inc. |
| 1:24-cv-02488 | Mazzetta Company, LLC v. Simpson |

## Civil Referral Cases Reassigned from Magistrate Judge Gilbert

| | |
|---|---|
| 1:19-cv-07190 | Craigville Telephone Co. v. T-Mobile USA, Inc. |
| 1:21-cv-06890 | Linet Americas, Inc. v. Hill-Rom Holdings, Inc. |
| 1:22-cv-05144 | Morales v. Randolph Place Residences Condominium Association |
| 1:22-cv-06847 | Neuroscience Advanced Systems, Inc. v. Lipov |
| 1:23-cv-00109 | Kaidi v. Best Buy Stores, L.P. |
| 1:23-cv-02122 | Muhammad v. CTA |
| 1:23-cv-03829 | Xttrium Laboratories, Inc. v. Chakroborty |
| 1:23-cv-05246 | Woodard v. SmartMatch Insurance Agency, LLC |
| 1:23-cv-15480 | Relx, Inc. v. Isaacson |
| 1:23-cv-16107 | Bona v. Czernek |
| 1:24-cv-01826 | Jordan v. Chicago Housing Authority |

## Civil Referral Cases Reassigned from Magistrate Judge Holleb Hotaling

| Case Number | Case Name |
|---|---|
| 1:19-cv-06832 | The State Bank of Geneva v. Acosta |
| 1:20-cv-02295 | Sandee's Catering v. Agri Stats, Inc. |
| 1:20-cv-03010 | Hernandez v. Illinois Institute of Technology |
| 1:21-cv-06616 | JLD Automotive Services Inc v. Federated Mutual Insurance Company |
| 1:22-cv-06076 | Niewiedzial v. Kramer |
| 1:23-cv-01620 | Rezac v. Home Depot U.S.A., Inc., et. al. |
| 1:23-cv-10393 | Sharma D.O. v. Berkshire Life Insurance Company of America |
| 1:23-cv-16008 | Hernandez v. 3505 Clark, Inc. |
| 1:24-cv-02002 | Garza v. Target Corporation |
| 1:24-cv-04316 | Sullivan v. Hostess Brands LLC |
| 1:24-cv-05929 | Fox v. Amazon.com Services LLC |

## Civil Referral Cases Reassigned from Magistrate Judge Jantz

| Case Number | Case Name |
|---|---|
| 1:19-cv-04234 | Krafcky v. Freud America, Inc. |
| 1:22-cv-03879 | Mid-America Carpenters Regional Council Pension Fund v. Marin Bros., Inc. |
| 1:22-cv-06641 | Hall v. Power Solutions International, Inc. |
| 1:23-cv-03257 | Syse v. Home Depot, U.S.A Inc. |
| 1:23-cv-04674 | Olejniczak v. West Wing Live, LLC |
| 1:23-cv-07748 | Norwood Sales, Inc. et al v. Bystronic, Inc. |
| 1:23-cv-16797 | Rosas Aguirre v. Vehi-Ship, LLC |
| 1:24-cv-01818 | National Union Fire Insurance Company v. Fedex Trade Networks Transport & Brokerage |
| 1:24-cv-02564 | Harris v. Target Corporation |
| 1:24-cv-03729 | Landmark American Insurance Company v. Benefit Administrative Systems LLC |
| 1:24-cv-05048 | Black v. Bank of America, N.A. |

## Civil Referral Cases Reassigned from Magistrate Judge Kim

| Case Number | Case Name |
|---|---|
| 1:18-cv-05283 | Ray v. City of Chicago |
| 1:19-cv-02648 | Philips Medical Systems (Cleveland), Inc. v. Buan |
| 1:20-cv-04363 | WEC 98C-4 LLC v. Saks Incorporated |
| 1:22-cv-01880 | Consumer Financial Protection Bureau v. TransUnion |
| 1:23-cv-01442 | Rohlig USA, LLC v. Discount Logistics, LLC |
| 1:23-cv-03776 | Hashmi v. 7-Eleven, Inc. |
| 1:23-cv-13332 | Trustees of the SEIU Local 1 & Participating Employee v. Boye Janitorial Service, Inc. |
| 1:23-cv-17169 | Mitchell v. Mendoza |
| 1:24-cv-01055 | Veal v. MTD Products Company |
| 1:24-cv-02928 | Fontanez v. Frozen Assets Cold Storage, LLC |
| 1:24-cv-04367 | Jackson v. White Castle Management Co. |

## Civil Referral Cases Reassigned from Magistrate Judge McShain

| Case Number | Case Name |
|---|---|
| 1:19-cv-05260 | Aponte v. IL Worker's Compensation Commission |
| 1:20-cv-05227 | Securities and Exchange Commission v. Fife |
| 1:21-cv-05047 | Williams v. Burke |
| 1:22-cv-03639 | United States of America v. Chicago Baseball Holdings, LLC |
| 1:22-cv-05820 | Lewis v. Freeman |
| 1:23-cv-01772 | Krusenoski v. Life Time, Inc. et al |
| 1:23-cv-03772 | Credit Union Trust as Trustee of the Jeannette P. Osborn Trust under Trust Agreement dated December 23, 1974, et al. v. Fifth Third Bank |
| 1:23-cv-06637 | Thomas v. Amazon.com, Inc. |

| | |
|---|---|
| 1:23-cv-15284 | Hernandez v. Dibiaso |
| 1:23-cv-16302 | Church Street Station Townhome Owners Association v. Sutton National Insurance Company |
| 1:24-cv-02140 | Brown v. Unknown Chicago Police Officers |

### Civil Referral Cases Reassigned from Magistrate Judge Valdez

| | |
|---|---|
| 1:19-cv-08257 | Golbert v. Aurora Chicago Lakeshore Hospital LLC |
| 1:21-cv-04543 | DeKasha v. Shemsiu, et al |
| 1:21-cv-05991 | Modern Builders Contractors, Inc. v. Griggs, Mitchell, & Alma of IL, LLC |
| 1:22-cv-02868 | Ingenus Pharmaceuticals, LLC v. Nexus Pharmaceuticals, Inc. |
| 1:22-cv-05405 | Johnson v. Smith Jr. |
| 1:22-cv-06576 | Gonzalez-Jimenez v. Ebot |
| 1:23-cv-03124 | Shri Nilkanth, LLC v. United States of America |
| 1:23-cv-15139 | Slawomir v. United States Postal Service |
| 1:23-cv-16817 | Jones v. USP Chicago, Inc. |
| 1:24-cv-02922 | Walker v. McMurray |
| 1:24-cv-05138 | Lackey v. Sonesta International Hotels Corporation |

### Civil Referral Cases Reassigned from Magistrate Judge Weisman

| | |
|---|---|
| 1:18-cv-08176 | Golbert v. Walker |
| 1:19-cv-07549 | Borizov v. Olsen-Foxon |
| 1:21-cv-02522 | Walgreen Co. v. Peters |
| 1:21-cv-04397 | AAEON Electronics, Inc. v. NEC Display Solutions of America, Inc. |
| 1:21-cv-05301 | Preuss v. Steger School District #194 |
| 1:22-cv-00728 | Thiele Kaolin Company v. Wisconsin Central Ltd. |
| 1:22-cv-07163 | Twardoski v. Wexford Health Sources, Inc. |
| 1:23-cv-02893 | Rodriguez-Jimenez v. DynaCom Management, LLC |
| 1:23-cv-11493 | Garcia v. Clift |
| 1:24-cv-02778 | Doe v. Stevenson |
| 1:24-cv-05578 | Walsh Barton Malow JV III v. Liberty Mutual Fire Insurance Company |