**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

General Order 24-0028 was entered on October 1, 2024, identifying cases to form the initial calendar of the Hon. Daniel P. McLaughlin; and

18 CV 8176, *Golbert et al v. Walker et al.,* was reassigned from Magistrate Judge Weisman to Magistrate Judge McLaughlin; and

By agreement, Judge McLaughlin and Judge Weisman that 18 CV 8176, *Golbert et al v. Walker et al.,* be reassigned to Judge Weisman, pursuant to Internal Operating Procedure 13(d); therefore

It is hereby ordered that the Clerk of Court shall reassign 18 CV 8176, *Golbert et al v. Walker et al.,* to Magistrate Judge Weisman to whom the case was previously referred; and

It is further ordered that the Clerk of Court shall reassign 18 CV 4994, *Love v. Board of Education of the City of Chicago,* from Judge Weisman to Judge McLaughlin by agreement, pursuant to Internal Operating Procedure 13(d).

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 4th day of October, 2024