IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHARLES GOLBERT, et al., on behalf of themselves and a class of others similarly situated, ) ) ) ) | Case No: 18 C 8176 |
| Plaintiffs, ) ) | Hon. Jeffrey I. Cummings Judge Presiding |
| v. ) ) | |
| BEVERLY J. WALKER, et al., ) ) | Hon. M. David Weisman Magistrate Judge |
| Defendants. ) | |

**JOINT STATUS REPORT**

Plaintiffs and Defendants, by their respective undersigned counsel, respectfully submit the following status report regarding progress of discovery for purposes of class certification briefing, pursuant to the Court's April 15, 2025, Order and in advance of the upcoming June 4, 2025, status hearing (Dkt. 332):

1. Defendants served their Federal Rule of Civil Procedure 26 expert reports on May 13, 2025, as required by the Court's April 15, 2025, Order.

2. The parties jointly request that the date to conclude the depositions of defendants' two expert witnesses be extended from June 26, 2025, to July 24, 2025, which extension is needed (a) for plaintiffs' to serve subpoenas for documents upon defendants' experts, (b) for defendants' experts to respond to plaintiffs' subpoenas, (c) for plaintiffs' counsel to prepare for the depositions after receiving the responses to the subpoenas, and (d) to accommodate summer schedules of the parties' counsel and defendants' experts.

3. The parties' counsel look forward to answering any questions of the Court has relating to the above report at the June 4, 2025, 9:15 a.m., status hearing.

Dated: May 30, 2025

Respectfully submitted,

/s/ Barbara L. Greenspan_____
*Attorney for Defendants*

Barbara L. Greenspan
Thomas J. Verticchio
Vjolca Saliu
Assistant Attorneys General
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 858-0412

/s/ Russell Ainsworth_____
*Attorney for Plaintiffs*

Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Theresa Kleinhaus
Lauren Carbajal
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, deposes and states that a copy of the attached **Joint Status Report** was served upon counsel of record by electronic filing this 30th day of May, 2025.

                                                       s/*Thomas J. Verticchio*
                                                             Attorney