IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHARLES GOLBERT, et al., on behalf of themselves and a class of others similarly situated, | ) ) ) ) |
| | Case No: 18 C 8176 |
| Plaintiffs, | ) ) ) |
| | Hon. Jeffrey I. Cummings Judge Presiding |
| v. | ) ) |
| | Hon. M. David Weisman Magistrate Judge |
| BEVERLY J. WALKER, et al., | ) ) ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Plaintiffs and Defendants, by their respective undersigned counsel, respectfully submit the following status report regarding the progress of discovery for purposes of class certification briefing, pursuant to the Court's May 30, 2025, order and in advance of the upcoming July 30, 2025 status hearing. (Dkt. 334).

Plaintiffs' expert has been deposed. The parties have worked together to schedule the depositions of Defendants' experts. Due to scheduling issues, the depositions of Defendants' two experts have been scheduled for July 29 and July 31. Defendants' experts have also responded to documents subpoenas issued by Plaintiffs' counsel.

Dated: July 28, 2025

Respectfully submitted,

/s/ Thomas Verticchio
*Attorney for Defendants*
Barbara L. Greenspan
Thomas J. Verticchio
Vjolca Saliu
Assistant Attorneys General
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 858-0412

/s/ Russell Ainsworth
*Attorney for Plaintiffs*

1

        Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900