# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Charles Golbert, et al.

                Plaintiff,

v.                                          Case No.: 1:18–cv–08176
                                                    Honorable Jeffrey I Cummings

Beverly J Walker, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2025:

      MINUTE entry before the Honorable M. David Weisman: The joint status report states [337] that the parties are working together to complete expert discovery for class certification briefing. Therefore, the Court strikes the 8/5/25 status hearing and resets it for 9/10/25 at 9:15 a.m. with a joint status report file by noon on 9/5/25 that sets forth the discovery, if any, that remains to be completed and a proposed schedule for completing it. The Court thanks the parties for continuing to work well together. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.