**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES GOLBERT, Cook County Public Guardian, on behalf of J.B., K.J., M.J., D.M., J.R., J.S., T.W., and Named Plaintiffs Janiah C., E.C., on behalf of themselves and a class of others similarly situated, | ) ) ) ) ) | Case No. 1:23-cv-00300 |
| Plaintiff, | ) ) ) | Honorable Martha M. Pacold |
| v. | ) ) ) | |
| MARC D. SMITH, DEBRA DYER-WEBSTER, BEVERLY J. WALKER, LAUREN WILLIAMS, RYAN GOODWIN, ANTWAN TURPEAU, JANET WUKAS AHERN, JACQUELIN DORTCH, KEITH POLAN, ASHLEY DECKERT, SARI ROWITZ, KAREN AUSTIN-ANTOINE, and the ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, | ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | | |

**JOINT STATUS REPORT**

The parties submit this joint status report pursuant to the Court's December 15, 2025 minute entry [Dkt. 104]. The parties are actively engaged in class certification fact discovery. To date, the parties have responded to written discovery, exchanged deficiency letters and responses relating to their initial discovery requests, and have engaged in multiple conferences pursuant to L.R. 37.2.

Specifically, since November 2025, the parties have conferred via videoconference biweekly and, on occasion more frequently, in order to resolve several disagreements that have arisen regarding ESI production in this case.

1

The parties have been able to resolve many such disagreements but are at an impasse as to a few discrete issues. The parties anticipate filing motions to compel to resolve the disagreements.

Separately, regarding contemplated class certification discovery, the parties anticipate additional written discovery, expert reports, and depositions of experts.

Respectfully submitted,

Annalise Wagner
Attorneys for Plaintiffs

Jon Loevy
Arthur Loevy
Michael Kanovitz
Theresa Kleinhaus
Russell Ainsworth
Megan Pierce
Annalise Wagner
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

KWAME RAOUL
Illinois Attorney General

By:     /s/ Barbara L. Greenspan
Barbara L. Greenspan
Assistant Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 814-7087

Attorney for Defendants

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that, on January 22, 2026, she caused to be filed through the Court's CM/ECF system a copy of Joint Status Report. Parties of record may obtain a copy of this filing through the Court's CM/ECF system.

/s/ Annalise Wagner

3