# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CHARLES GOLBERT, et al.    )
             ) Case No. 1:18−cv−08176
             )
   Plaintiff,      )
             )
   v.        ) Honorable Jeffrey I. Cummings
             )
BEVERLY J. WALKER, et al.   )
             )
   Defendants     )
             )
             ) **JURY TRIAL DEMANDED**
             )
             )
             )
             )

## <u>MOTION TO REMOVE INCORRRECT FILING</u>

Plaintiffs, through their attorneys, Loevy and Loevy, submit this Motion to Remove

Incorrect Filing. Dkt. 362 "Joint Status Report" was filed inadvertently into this case on January

22, 2026.

WHEREFORE, Plaintiffs request that this filing be removed from the docket.


       Respectfully submitted,

       <u>Annalise Wagner</u>
       Attorneys for Plaintiffs

       Jon Loevy
       Arthur Loevy
       Michael Kanovitz
       Theresa Kleinhaus
       Russell Ainsworth

1

Megan Pierce
Annalise Wagner
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

<u>CERTIFICATE OF SERVICE</u>

I, Annalise Wagner, an attorney, certify that the above Motion to Remove Incorrect Filing was electronically filed via the Court's CM/ECF system on January 22, 2026.

<u>/s/ Annalise Wagner</u>

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that, on January 22, 2026, she caused to be filed through the Court's CM/ECF system a copy of Joint Status Report. Parties of record may obtain a copy of this filing through the Court's CM/ECF system.

/s/ Annalise Wagner