# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Charles Golbert, et al.

               Plaintiff,

v.

Beverly J Walker, et al.

               Defendant.

Case No.: 1:18–cv–08176
Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 26, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiffs' unopposed motion for leave to file under seal [361] is granted. The Court is in receipt of plaintiffs' motion for class certification. In accordance with the schedule set by Chief Magistrate Judge Weisman, defendants' response shall be filed by 3/2/26 and plaintiffs' reply shall be filed by 3/23/26. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.