# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Charles Golbert, et al.
v.
Beverly J. Walker, et al.

Case Number: 18 C 8176

An appearance is hereby filed by the undersigned as attorney for:

All Defendants

Attorney name (type or print): Brian C. Haussmann

Firm: Tabet DiVito & Rothstein LLC

Street address: 209 S. LaSalle Street, Suite 700

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6283054
(See item 3 in instructions)

Telephone Number: 312-762-9471

Email Address: bhaussmann@tdrlaw.com

Are you acting as lead counsel in this case? ☑Yes ☐No

Are you a member of the court's general bar? ☑Yes ☐No

Are you a member of the court's trial bar? ☑Yes ☐No

Are you appearing *pro hac vice*? ☐Yes ☑No

If this case reaches trial, will you act as the trial attorney? ☑Yes ☐No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 4, 2026

Attorney signature: S/ Brian C. Haussmann
_____
(Use electronic signature if the appearance form is filed electronically.)