## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Charles Golbert, *et al*. | |
| Plaintiffs, | Case No. 18 C 8176 |
| v. | Hon. Jeffrey Cummings |
| Beverly J. Walker, *et al.*, | Hon. M. David Weisman<br>Magistrate Judge |
| Defendants. | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants Illinois Department of Children and Family Services, Marc D. Smith, Debra Dyer-Webster, Beverly J. Walker, Lise T. Spacapan, George Sheldon, Cynthia Tate, Bobbie Gregg, Arthur Bishop, Michael C. Jones, Lauren Williams, Linda Stroud, and Janet Ahern (collectively "Defendants"), respectfully move for a 60-day extension of time, to and including May 1, 2026, to answer or otherwise respond to the Plaintiffs' Motion to Certify Class Action. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their original complaint on December 13, 2018 (ECF No. 1), and the operative complaint on June 25, 2020 (ECF No. 92).

2. Since the filing of the operative complaint, the parties have conducted extensive written and oral discovery, including three expert reports and depositions.

3. On January 5, 2026, Plaintiffs filed a motion for leave to file an oversize motion for class certification, seeking an additional 45 pages on top of the standard 15-page limit (ECF No. 355), which the Court granted on January 14, 2026 (ECF No. 358).

4.     The undersigned attorneys were appointed as Special Assistant Attorneys General on January 21, 2026.

5.     Good cause exists for a sixty-day extension. Given the length of Plaintiffs' motion and the significant amount of discovery that has already occurred, counsel requires additional time to review relevant discovery materials, gather background documents, and prepare a response in opposition to Plaintiffs' motion.

6.     Defendants respectfully request a sixty-day extension up to and including May 1, 2026.

7.     This motion is made in good faith and not for delay.

8.     A sixty-day extension will not prejudice Plaintiffs.

9.     Counsel for the Defendants conferred with Plaintiffs' counsel about this motion, and Plaintiffs have no objection to the relief sought by this motion.

WHEREFORE, for the reasons set forth above, the Defendants respectfully request that the Court enter an order (i) granting this motion, and (ii) extending the deadline for Defendants to respond to Plaintiffs' motion for class certification until May 1, 2026.

Dated: February 10, 2026                                    Respectfully submitted,


By:     /s/ Timothy A. Hudson
          *Attorney for Defendants*

          Brian Haussmann (ARDC #6283054)
          Timothy Hudson (ARDC #6271244)
          Amanda Catalano (ARDC #6311024)
          Special Assistant Attorneys General
          TABET DIVITO & ROTHSTEIN LLC
          209 S. LaSalle Street, 7th Floor
          Chicago, IL 60604
          (312) 762-9450

bhaussmann@tdrlaw.com
thudson@tdrlaw.com
acatalano@tdrlaw.com