**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Charles Golbert, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>Beverly J. Walker, *et al*.,<br><br>Defendants.¶ | Case No. 18 C 8176<br><br>Hon. Jeffrey Cummings<br><br>Hon. M. David Weisman<br>Magistrate Judge |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants Illinois Department of Children and Family Services, Marc D. Smith, Debra Dyer-Webster, Beverly J. Walker, Lise T. Spacapan, Erwin McEwen, Cynthia Tate, Bobbie Gregg, Arthur Bishop, Michael C. Jones, Lauren Williams, Linda Stroud, Felicia Guest, Janet Ahern, Denise Gonzales, Dixie Lee Peterson, the Estate of George Sheldon, and the Estate of Richard Calica (collectively "Defendants"), respectfully move for a 49-day extension of time, to and including June 19, 2026, to respond to the Plaintiffs' Motion to Certify Class Action. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their original complaint on December 13, 2018 (ECF No. 1.), and the operative complaint on June 25, 2020 (ECF No. 92).

2. Since the filing of the operative complaint, the parties have conducted extensive written and oral discovery, including three expert reports and depositions.

3. On January 5, 2026, Plaintiffs filed a motion for leave to file an oversize motion for class certification, seeking an additional 45 pages on top of the standard 15-page limit (ECF No. 355), which the Court granted on January 14, 2026 (ECF No. 358).

13. Counsel for the Defendants conferred with Plaintiffs' counsel about this motion, and Plaintiffs have no objection to the relief sought by this motion.

WHEREFORE, for the reasons set forth above, the Defendants respectfully request that the Court enter an order (i) granting this motion, and (ii) extending the deadline for Defendants to respond to Plaintiffs' motion for class certification until June 19, 2026.

Dated: April 24, 2026

Respectfully submitted,

By: /s/ Brian C. Haussmann
*Attorney for Defendants*

Brian C. Haussmann (ARDC #6283054)
Timothy A. Hudson (ARDC #6271244)
Amanda N. Catalano (ARDC #6311024)
Jonathan P. Parts (ARDC # 6349744)
Special Assistant Attorneys General
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
(312) 762-9450
bhaussmann@tdrlaw.com
thudson@tdrlaw.com
acatalano@tdrlaw.com
jparts@tdrlaw.com