**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Charles Golbert, et al.
Plaintiff,
v.
Beverly J Walker, et al.
Defendant.

Case No.: 1:18−cv−08176
Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2026:

MINUTE entry before the Honorable M. David Weisman: Because the docket shows that the parties are still briefing the class certification motion, the Court strikes the 5/21/26 status hearing and sets a status hearing for 9/30/26 at 9:15 a.m. with a joint status report filed by noon on 9/28/26. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.